UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Luz Del Carmen Salama-Tobar, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | Case No. 21-cv-500 |
| v. : | |
| : | |
| John Does 1-50, : | |
| in their official and individual capacities, *et al.*, : | |
| : | |
| : | |
| Defendants. : | |

**PLAINTIFFS' MOTION FOR LEAVE TO PROPOUND EXPEDITED DISCOVERY AND REQUEST FOR EXPEDITED CONSIDERATION AND EXPEDITED RESPONSES**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached Memorandum of Points and Authorities in support of this motion, Plaintiffs Luz Del Carmen Salama-Tobar, Daphne Bolotas and Electra Bolotas, through undersigned counsel, respectfully move this Court to grant leave to propound certain discovery on Defendant District of Columbia, Defendant Peter Newsham, and third parties, prior to a Rule 26(f) conference. A proposed order accompanied this motion. We respectfully request expedited consideration of this motion, and that the Court impose a shortened response time for Defendants and interested parties, whom we will seek to serve with

this Motion and the Complaint via email and first-class mail, prior to formal service pursuant to Fed. R. Civ. P. 4.

          Respectfully Submitted,

          */s/ Alfred Guillaume III*
          Alfred Guillaume III
          (D.C. Bar No. MD0085)
          Law Offices of Alfred Guillaume III, LLC
          6305 Ivy Ln. Ste. 700
          Greenbelt, MD 20770
          Tel. 301-377-2158
          Fax. 301-812-4254
          ag3law@gmail.com

          */s/ Barry Coburn*
          Barry Coburn (D.C. Bar No. 358020)
          Marc Eisenstein (D.C. Bar No. 1007208)
          Coburn and Greenbaum, PLLC
          1710 Rhode Island Ave. NW
          Washington D.C. 20036
          Tel. 202-657-4490
          Fax. 866-561-9712
          barry@coburngreenbaum.com
          marc@coburngreenbaum.com

          */s/ Nicholas G. Madiou*
          Nicholas G. Madiou
          (D.C. Bar No. MD0039)
          Brennan, McKenna, Lawlor, Chtd.
          6305 Ivy Ln. Ste. 700
          Greenbelt, MD 20770
          Tel. 301-474-0044
          Fax. 301-474-5730
          nmadiou@brennanmckenna.com