UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUZ DEL CARMEN SALAMA-TOBAR, et al.,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>   *Defendants*. | Civil Action No. 1:21-cv-00500 (CJN) |

### ORDER

Upon consideration of Plaintiffs' Motion for Leave to Propound Expedited Discovery and Request for Expedited Consideration and Expedited Responses, ECF No. 4, it is hereby

**ORDERED** that the Motion, ECF No. 4, is **GRANTED**; it is further

**ORDERED** that Plaintiffs may serve five subpoenas under Federal Rule of Civil Procedure 45, and may notice the deposition of any federal agency under whose employ or direction Defendants John Doe 1, John Doe 2, and/or John Does 3–50 may have acted; it is further

**ORDERED** that Plaintiffs may propound twenty-five interrogatories and five deposition notices/subpoenas, and may take such depositions, upon the Metropolitan Police Department and/or other District of Columbia agencies under whose employ or direction Defendant John Does 51–100 may have acted; it is further

**ORDERED** that when propounding such discovery requests, Plaintiffs shall append thereto a copy of the Complaint and a copy of this Order; it is further

1

**ORDERED** that Defendants shall respond to such discovery requests no later than fourteen calendar days after receipt, and depositions shall take place within thirty days after service of notices of deposition.

It is so **ORDERED**.

DATE:  March 8, 2021

_____
CARL J. NICHOLS
United States District Judge