UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUZ DEL CARMEN SALAMA-TOBAR, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:21-cv-00500-CJN |

**DISTRICT DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants District of Columbia, Jeffrey Carroll, Robert Glover, Andrew Horos, Jason Bagshaw, Daniel Thau, Anthony Alito, Gregory Rock, James Crisman, and Nicholas Imbrenda (collectively, "District Defendants") move under Fed. R. Civ. P. 6(b)(1)(A), and with Plaintiffs' consent, for a two-week extension of the current, July 16, 2021, deadline to answer or otherwise respond to Plaintiff's First Amended Complaint [13].  If the Court grants this Motion, the District Defendants' response to the First Amended Complaint will be due July 30, 2021.  The District has received one prior extension of this deadline (per the Court's June 15, 2021 Minute Order), and all other District Defendants have received none.  The grounds for the requested extension—generally, counsel's ongoing efforts to assess Plaintiffs' amended pleadings and prepare consolidated responsive pleadings on behalf of all the District Defendants as well as counsel's competing personal and professional obligations—are explained in the accompanying Memorandum of Points and Authorities.  A proposed order is also included with this Motion.  As noted, Plaintiffs consent to the relief requested.

Date:  July 9, 2021                                         Respectfully submitted,

                                                            KARL A. RACINE

Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Stephanie Litos*
STEPHANIE LITOS [483164]
Assistant Deputy Attorney General
Civil Litigation Division

/s/ *Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
STEPHANIE M. CORCORAN [1510874]
Assistant Attorneys General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
Phone: (202) 442-9774
Fax: (202) 730-0586
Email: matthew.blecher@dc.gov

*Counsel for Defendants District of Columbia, Jeffrey Carroll, Robert Glover, Andrew Horos, Jason Bagshaw, Daniel Thau, Anthony Alito, Gregory Rock, James Crisman, and Nicholas Imbrenda*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUZ DEL CARMEN SALAMA-TOBAR, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants.* | Civil Action No. 1:21-cv-00500-CJN |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

This is a relatively complex police practices case arising out of Plaintiffs' attendance at protests at or around Lafayette Square Park in downtown District of Columbia, on May 30, 2020. Plaintiffs filed their original complaint [1] on February 25, 2021, and the next day, filed a motion for leave to take expedited discovery to ascertain the identify of approximately 100 "Doe" defendants [4]—all Metropolitan Police Department (MPD) or federal law enforcement officers. The Court granted Plaintiffs' motion for leave by order dated March 8, 2021 [7], and the Parties thereafter engaged in various formal and informal discovery, eventually leading to the filing of Plaintiffs' First Amended Complaint [13] on May 29, 2021, which names an additional 17 defendants, nine of whom are employees of MPD. The District, having been named in the original complaint, then moved with Plaintiff's consent on June 11, 2021 [16], for an extension of its responsive pleading deadline to align with the deadline for the other District Defendants on July 16, 2021.[1] The Court granted the District's request by minute order dated June 15, 2021.

---

[1] Counsel arranged for electronic service on the other District Defendants—all individual MPD employees—on June 25, 2021, resulting in a consolidated answer deadline for all District Defendants of July 16, 2021.

Over the course of the last several weeks, undersigned counsel has been diligently evaluating Plaintiffs' amended allegations and coordinating with MPD and the individually named MPD officer defendants to prepare consolidated responsive pleadings. That work has proved more time-consuming than anticipated, and counsel's efforts are still ongoing. Additionally, undersigned counsel (AAGs Blecher and Corcoran) have had significant competing professional obligations during the same time, including depositions and motions practice in a number of other civil cases, as well as essentially consecutive vacations over the last two weeks. As a result of these circumstances, the District Defendants require and additional two weeks to answer or otherwise respond to Plaintiffs' First Amended Complaint.

Fed. R. Civ. P. 6(b)(1)(A) provides for extensions of existing deadlines upon a showing of "good cause." The District Defendants submit that the ongoing efforts to assess Plaintiffs' amended pleadings and prepare consolidated responsive pleadings, as well as counsel's competing personal and professional obligations, constitute good cause supporting a two-week extension of the existing, July 16, 2021 deadline. If the Court agrees and grants this request, the District Defendants' deadline to answer or otherwise respond to the First Amended Complaint will be July 30, 2021. As noted, the District has received one prior extension of this deadline (per the Court's June 15, 2021 Minute Order); all other District Defendants have received none. Furthermore, no other dates or deadlines will be affected by this extension (as the federal defendants have yet to be served and no court date is currently set), the request is made more than four days in advance, and Plaintiffs, who consent to the relief, will suffer no prejudice.

Date: July 9, 2021                                    Respectfully submitted,

                                                                KARL A. RACINE
                                                                Attorney General for the District of Columbia

                                                               CHAD COPELAND
                                                               Deputy Attorney General
                                                               Civil Litigation Division

/s/ Stephanie Litos
STEPHANIE LITOS [483164]
Assistant Deputy Attorney General
Civil Litigation Division

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
STEPHANIE M. CORCORAN [1510874]
Assistant Attorneys General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
Phone:  (202) 442-9774
Fax:  (202) 730-0586
Email:  matthew.blecher@dc.gov

*Counsel for Defendants District of Columbia, Jeffrey Carroll, Robert Glover, Andrew Horos, Jason Bagshaw, Daniel Thau, Anthony Alito, Gregory Rock, James Crisman, and Nicholas Imbrenda*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUZ DEL CARMEN SALAMA-TOBAR, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants.* | Civil Action No. 1:21-cv-00500-CJN |

## ORDER

Upon consideration of the District Defendants' Consent Motion for Extension of Time to Respond to Plaintiffs' First Amended Complaint, Plaintiffs' consent, and the entire record, it is hereby:

**ORDERED** that the District Defendants' Motion is GRANTED; and it is further

**ORDERED** that Defendant shall answer or otherwise respond to the First Amended Complaint by July 30, 2021.

**SO ORDERED.**

Date: _____

                                                                           CARL J. NICHOLS
                                                                           United States District Judge