UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUZ DEL CARMEN SALAMA-TOBAR, *et al.*, <br>     *Plaintiffs,* <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br>     *Defendants.* | Civil Action No. 1:21-cv-00500-CJN |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, through counsel, Plaintiffs Luz Del Carmen Salama-Tobar, Electra Bolotas, and Daphne Bolotas ("Plaintiffs") respectfully move the Court for leave to file a Second Amended Complaint. The Defendants who currently have entered appearances in this case (the "District Defendants") do not consent to this motion. A memorandum of points and authorities and a proposed order accompany this Motion.

Date: November 22, 2021

Respectfully submitted,

*/s/ Alfred Guillaume III*
Alfred Guillaume III (D.C. Bar No. MD0085)
Law Offices of Alfred Guillaume III, LLC
6305 Ivy Ln. Ste. 700
Greenbelt, MD 20770
Tel. 301-377-2158
Fax. 301-812-4254
ag3law@gmail.com

*/s/ Barry Coburn*
Barry Coburn (D.C. Bar No. 358020)
Marc Eisenstein (D.C. Bar No. 1007208)
Coburn and Greenbaum, PLLC
1710 Rhode Island Ave. NW
Washington D.C. 20036
Tel. 202-657-4490
Fax. 866-561-9712
barry@coburngreenbaum.com
marc@coburngreenbaum.com

/s/ Nicholas G. Madiou
Nicholas G. Madiou (D.C. Bar No. MD0039)
Brennan, McKenna, Lawlor, Chtd.
6305 Ivy Ln. Ste. 700
Greenbelt, MD 20770
Tel. 301-474-0044
Fax. 301-474-5730

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this motion will be served upon all counsel of record via this Court's electronic filing service, this 22nd day of November, 2021.

In addition, we will serve Assistant United States Attorney Christopher Hair, Esq. via email. Mr. Hair will be representing the United States in our action against it under the Federal Tort Claims Act, as well as the individual federal defendants in their official capacities. Our understanding is that a decision has not yet been made as to who will represent the individual federal defendants in their individual capacities in connection with the *Bivens* claims against them.

/s/ Barry Coburn

Barry Coburn