**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LUZ DEL CARMEN SALAMA-TOBAR, *et al.*,<br><br>            *Plaintiffs*,<br><br>      v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>            *Defendants.* | 1:21-cv-00500-CJN |

## JOINT STATUS REPORT

Pursuant to the Court's February 22, 2022 minute order, the parties submit this joint status report. On April 5, 2022, counsel for the parties conferred with the D.C. Circuit Mediation Program court-appointed mediator. On April 11, 2022, new counsel for defendants Sheldon Thorpe, Wayne Humberson, Jared Tyng, Daniel Glendinning, Pedro Rancier, and Andrew Lauro entered their appearances to represent these defendants in their individual capacity. The parties and the court-appointed mediator agreed to conduct mediation on June 8, 2022.

April 29, 2022                                  Respectfully submitted,

_/s/Alfred Guillaume III_
Alfred Guillaume III (D.C. Bar No. MD0085)
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW Ste. 308
Washington, D.C. 20036
Tel. 202-321-0549
Fax. 301-812-4254
ag3law@gmail.com

_/s/Barry Coburn_
Barry Coburn (D.C. Bar No. 358020)
Marc Eisenstein (D.C. Bar No. 1007208)
Coburn and Greenbaum, PLLC
1710 Rhode Island Ave. NW
Washington D.C. 20036
Tel. 202-657-4490
Fax. 866-561-9712
barry@coburngreenbaum.com
marc@coburngreenbaum.com

_/s/Nicholas G. Madiou_
Nicholas G. Madiou
(D.C. Bar No. MD0039)
Brennan, McKenna, Lawlor, Chtd.
6305 Ivy Ln. Ste. 700
Greenbelt, MD 20770
Tel. 301-474-0044
Fax. 301-474-5730

_Counsel for Plaintiffs_

And

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

_/s/Douglas C. Dreier_
DOUGLAS C. DREIER, DC Bar No. 1020234
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for the United States*

And

*/s/Debra Roth*
Debra Roth (D.C. Bar No. 422452)
Christopher J. Keeven (D.C. Bar No. 993971)
Michael Perloff (D.C. Bar No. 1601047)
Shaw Bransford & Roth PC
1100 Connecticut Avenue NW
Suite 900
Washington, D.C. 20036
(202) 463-8400
droth@shawbransford.com;
ckeevan@shawbransford.com

*Counsel for Defendants Sheldon Thorpe,*
*Wayne Humberson, Jared Tyng, Daniel*
*Glendinning, Pedro Rancier, and Andrew*
*Lauro*

AND

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Stephanie E. Litos*
STEPHANIE E. LITOS [483164]
Assistant Deputy Attorney General
Civil Litigation Division

*/s/ Stephanie M. Corcoran*
RICHARD P. SOBIECKI [500163]
STEPHANIE M. CORCORAN [1510874]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 615-3910; (202) 805-7512
richard.sobiecki@dc.gov;
stephanie.corcoran@dc.gov

3

*Counsel for Defendant District of Columbia*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LUZ DEL CARMEN SALAMA-TOBAR, *et al.*, | |
| *Plaintiffs*, | |
| v. | 1:21-cv-00500-CJN |
| DISTRICT OF COLUMBIA, *et al.*, | |
| *Defendants.* | |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, it is hereby **ORDERED** that the parties shall promptly notify the Court if a settlement agreement is reached and shall file a joint status report by June 10, 2022, proposing further proceedings, if necessary.

**IT IS SO ORDERED.**

_____
Date

_____
Hon. Carl J. Nichols
United States District Judge