UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUZ DEL CARMEN SALAMA-TOBAR,
*et al.*,

        *Plaintiffs*,

v.

DISTRICT OF COLUMBIA, *et al.*,

        *Defendants*.

1:21-cv-00500-CJN

## ERRATA

Defendant District of Columbia submits this notice of errata. The Joint Status Report submitted by the parties on April 29, 2022 included Michael Perloff as counsel for Defendants Sheldon Thorpe, Wayne Humberson, Jared Tyng, Daniel Glendinning, Pedro Rancier, and Andrew Lauro. That representation was made in error and his name has been removed from the revised Joint Status Report attached as Exhibit A. The District requests that the Clerk remove the Joint Status Report filed on April 29, 2022 and replace it with the report included as Exhibit A.

May 4, 2022

        Respectfully submitted,

        KARL A. RACINE
        Attorney General for the District of Columbia

        CHAD COPELAND
        Deputy Attorney General
        Civil Litigation Division

        */s/ Stephanie E. Litos*
        STEPHANIE E. LITOS [483164]
        Assistant Deputy Attorney General
        Civil Litigation Division

*/s/ Stephanie M. Corcoran*
RICHARD P. SOBIECKI [500163]
STEPHANIE M. CORCORAN [1510874]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 615-3910; (202) 805-7512
richard.sobiecki@dc.gov;
stephanie.corcoran@dc.gov

*Counsel for Defendant District of Columbia*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LUZ DEL CARMEN SALAMA-TOBAR, *et al.*,<br><br>        *Plaintiffs*,<br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>        *Defendants*. | 1:21-cv-00500-CJN |

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUZ DEL CARMEN SALAMA-TOBAR, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants*. | 1:21-cv-00500-CJN |

## JOINT STATUS REPORT

Pursuant to the Court's February 22, 2022 minute order, the parties submit this joint status report. On April 5, 2022, counsel for the parties conferred with the D.C. Circuit Mediation Program court-appointed mediator. On April 11, 2022, new counsel for defendants Sheldon Thorpe, Wayne Humberson, Jared Tyng, Daniel Glendinning, Pedro Rancier, and Andrew Lauro entered their appearances to represent these defendants in their individual capacity. The parties and the court-appointed mediator agreed to conduct mediation on June 8, 2022.

May 4, 2022                                                                             Respectfully submitted,

*/s/Alfred Guillaume III*
Alfred Guillaume III (D.C. Bar No. MD0085)
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW Ste. 308
Washington, D.C. 20036
Tel. 202-321-0549
Fax. 301-812-4254
ag3law@gmail.com

*/s/Barry Coburn*
Barry Coburn (D.C. Bar No. 358020)
Marc Eisenstein (D.C. Bar No. 1007208)
Coburn and Greenbaum, PLLC
1710 Rhode Island Ave. NW
Washington D.C. 20036
Tel. 202-657-4490
Fax. 866-561-9712
barry@coburngreenbaum.com
marc@coburngreenbaum.com

*/s/Nicholas G. Madiou*
Nicholas G. Madiou
(D.C. Bar No. MD0039)
Brennan, McKenna, Lawlor, Chtd.
6305 Ivy Ln. Ste. 700
Greenbelt, MD 20770
Tel. 301-474-0044
Fax. 301-474-5730

*Counsel for Plaintiffs*

And

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/Douglas C. Dreier*
DOUGLAS C. DREIER, DC Bar No. 1020234
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2551
douglas.dreier@usdoj.gov

2

*Counsel for the United States*

And

*/s/Debra Roth*
Debra Roth (D.C. Bar No. 422452)
Christopher J. Keeven (D.C. Bar No. 993971)
Shaw Bransford & Roth PC
1100 Connecticut Avenue NW
Suite 900
Washington, D.C. 20036
(202) 463-8400
droth@shawbransford.com;
ckeevan@shawbransford.com

*Counsel for Defendants Sheldon Thorpe, Wayne Humberson, Jared Tyng, Daniel Glendinning, Pedro Rancier, and Andrew Lauro*

AND

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Stephanie E. Litos*
STEPHANIE E. LITOS [483164]
Assistant Deputy Attorney General
Civil Litigation Division

*/s/ Stephanie M. Corcoran*
RICHARD P. SOBIECKI [500163]
STEPHANIE M. CORCORAN [1510874]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 615-3910; (202) 805-7512
richard.sobiecki@dc.gov;
stephanie.corcoran@dc.gov

3

*Counsel for Defendant District of Columbia*

4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUZ DEL CARMEN SALAMA-TOBAR, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br>　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　　*Defendants*. | 1:21-cv-00500-CJN |

### [PROPOSED] ORDER

Upon consideration of the Parties' Joint Status Report, it is hereby **ORDERED** that the parties shall promptly notify the Court if a settlement agreement is reached and shall file a joint status report by June 10, 2022, proposing further proceedings, if necessary.

**IT IS SO ORDERED.**

_____　　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　　　Hon. Carl J. Nichols
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge