UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUZ DEL CARMEN SALAMA-TOBAR, *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants*. | Civil Action No. 21-0500 (CJN) |

## JOINT STATUS REPORT

The parties hereby respectfully submit this joint status report to apprise the Court of the progress of mediation in the case captioned above, and in support thereof state as follows:

1. On July 26, 2022, the parties participated in a mediation conference with the District of Columbia Circuit Mediation Program court-appointed mediator. At the conclusion of that conference, the parties agreed that a further mediation conference would benefit the parties' efforts to resolve this case without further litigation.

2. Since that time, Plaintiffs report that they have engaged two experts regarding financial and economic analysis in an effort to advance mediation.

3. Plaintiffs have requested approximately sixty more days before proceeding to the next mediation conference. The parties intend to conduct a further mediation conference thereafter.

4. The parties will continue to apprise the Court on the progress of mediation.

\*   \*   \*

Respectfully submitted,

*/s/Alfred Guillaume III*
_____

Alfred Guillaume III (D.C. Bar No. MD0085)
 Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW Ste. 308
Washington, D.C. 20036
Tel. 202-321-0549
Fax. 301-812-4254
ag3law@gmail.com

*/s/Barry Coburn*
_____
Barry Coburn (D.C. Bar No. 358020)
Marc Eisenstein (D.C. Bar No. 1007208)
Coburn and Greenbaum, PLLC
1710 Rhode Island Ave. NW
Washington D.C. 20036
Tel. 202-657-4490
Fax. 866-561-9712
barry@coburngreenbaum.com
marc@coburngreenbaum.com



*/s/Nicholas G. Madiou*
_____
Nicholas G. Madiou
(D.C. Bar No. MD0039)
Brennan, McKenna, Lawlor, Chtd.
6305 Ivy Ln. Ste. 700
Greenbelt, MD 20770
Tel. 301-474-0044
Fax. 301-474-5730
nmadiou@brennanmckenna.com


*Counsel for Plaintiffs*

AND

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for the United States of America*

AND

*/s/Debra Roth*

Debra Roth (D.C. Bar No. 422452)
Christopher J. Keeven (D.C. Bar No. 993971)
Shaw Bransford & Roth PC
1100 Connecticut Avenue NW
Suite 900
Washington, D.C. 20036
(202) 463-8400
droth@shawbransford.com;
ckeeven@shawbransford.com

*Counsel for Defendants Sheldon Thorpe, Wayne Humberson, Jared Tyng, Daniel Glendinning, Pedro Rancier, and Andrew Lauro*

AND

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division


*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]

Assistant Deputy Attorney General
Civil Litigation Division

*/s/ Stephanie M. Corcoran*
RICHARD P. SOBIECKI [500163]
STEPHANIE M. CORCORAN [1510874]

Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 615-3910; (202) 805-7512
richard.sobiecki@dc.gov;
stephanie.corcoran@dc.gov

*Counsel for Defendant District of Columbia*

4