UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LUZ DEL CARMEN SALAMA-TOBAR, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 21-0500 (CJN) |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| Defendants. | : | |

**POINTS AND AUTHORITIES SUPPORTING
PLAINTIFFS' CONSENT MOTION FOR FURTHER EXTENSION OF
TIME TO RESPOND TO FEDERAL AND DISTRICT DEFENDANTS'
MOTIONS TO DISMISS**

Plaintiffs, through undersigned counsel, respectfully move for a further extension of time, until February 1, 2024, to respond to both the motion to dismiss filed by Defendants District of Columbia, Peter Newsham, and Nicholas Imbrenda ("District Defendants"), as well as the motion to dismiss filed by the Federal Defendants. Both the Federal Defendants and the District Defendants consent to this Motion and the relief sought herein. In support of this Motion to Extend, Plaintiffs state the following:

1. The Plaintiffs in this case seek damages against the United States and other defendants relating to injuries inflicted at a demonstration in the District of Columbia.

2. On September 29, 2023, the United States, on behalf of all Federal defendants, moved to dismiss our Third Amended Complaint ("TAC"). ECF Dkt. No. 79.

3. On October 6, 2023, the District Defendants moved to dismiss Plaintiffs' TAC. ECF Dkt. No. 83.

4.     The motions filed by the Federal Defendants and the District Defendants raise significant and complicated factual and legal issues which require a comprehensive response by the Plaintiffs.

5.     Plaintiffs' response in opposition to the Federal Defendants' Motion to Dismiss currently is due on November 3, 2023, following the Court's grant of an initial consent motion filed by Plaintiffs to extend this deadline.

6.     Plaintiff's response in opposition to the District Defendants' Motion to Dismiss is the subject of a consent motion seeking to extend the deadline to November 13, 2023. ECF Dkt. No. 85.

7.     We are grateful for the Court's indulgence in considering our motions to extend these deadlines. We acknowledge that the extension of time we currently seek – until February 1, 2024 – is substantial. We further acknowledge that this case has been pending for a significant period of time. We suggest, however, that there is a compelling reason for this further extension of time.

8.     After our TAC was filed, this case was referred to mediation. Despite intensive efforts on the part of the parties and our mediator, mediation did not resolve the parties' dispute. However, for a number of reasons, in recent weeks, settlement discussions between Plaintiffs and counsel for the Federal Defendants have been re-initiated, and have made progress. If a settlement can be reached with the United States, then it is likely that the entire case will resolve. We submit that it would conserve the parties' and the Court's resources if we devote our time and focus to these negotiations, rather than to oppositions to the Defendants' complex pending dispositive motions. Further, given the sensitivity of the current stage of the parties' discussions, if we need to file our oppositions before these negotiations are completed, our view is that the submission of

these oppositions would not further the parties' negotiations, and in fact could drive the parties further apart, increase the level of tension in this case and make settlement less likely.

9. Plaintiffs have spoken with the District Defendants about the recent progress in settlement negotiations with the United States. If Plaintiffs and the Federal Defendants are close to a resolution, Plaintiffs will engage in discussions with the District Defendants to seek to resolve all outstanding claims between Plaintiffs, Federal Defendants, and District Defendants, and there is a substantial chance that such discussions would be dispositive.

10. Granting this motion would not affect any other pending deadlines in this case.

11. For these reasons, and in light of the Federal Defendants' and District Defendants' consent to this motion, it is respectfully submitted that good cause exists to grant the instant motion and extend the deadline for Plaintiffs to file their oppositions to both the Federal Defendants' and the District Defendants' motions to dismiss until February 1, 2024.

Dated October 30, 2023                    Respectfully submitted,

*/s/ Barry Coburn*
Barry Coburn (D.C. Bar No. 358020)
Marc Eisenstein (DC Bar No. 1007208)
Coburn and Greenbaum, PLLC
1710 Rhode Island Ave. NW
Washington D.C. 20036
Tel. 202-470-2695
marc@coburngreenbaum.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2023, a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via ECF.

*/s/ Barry Coburn*