UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LUZ DEL CARMEN SALAMA-TOBAR,** *et al.*, <br><br>    **Plaintiffs,** <br><br>    **v.** <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br>    **Defendants.** | Civil Action No. 1:21-cv-00500-CJN |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Luz Del Carmen Salama-Tobar, Daphne Bolotas, and Electra Bolotas (Plaintiffs) and Defendants District of Columbia, Peter Newsham, and Nicholas Imbrenda (Defendants) stipulate to the dismissal with prejudice of all claims against Defendants with the Parties to bear their own costs and attorneys' fees.

Dated: June 21, 2024.

*/s/ Marc Eisenstein*
Marc Eisenstein (DC No.1007208)
Barry Coburn (DC Bar. No. 358020)
COBURN GREENBAUM
& EISENSTEIN PLLC
1710 Rhode Island Ave, NW
2nd Floor
Washington, DC 20036
marc@coburngreenbaum.com
(703) 963-7164

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Richard P. Sobiecki*
RICHARD P. SOBIECKI [500163]
STEPHANIE CORCORAN [1510874]

Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7512
Email: richard.sobiecki@dc.gov

*Counsel for Defendants*